**Electronically Filed
Supreme Court
SCWC-13-0000388
23-SEP-2015
09:52 AM**

SCWC-13-0000388

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

EDWIN GARCIA,
Petitioner/Plaintiff-Appellant,

vs.

BERNARD ROBINSON, M.D.,
Respondent/Defendant-Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-13-0000388; CIV. NO. 10-1-2338)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Plaintiff-Appellant Edwin Garcia's

Application for Writ of Certiorari, filed on August 28, 2015, is

hereby accepted and will be scheduled for oral argument.  The

parties will be notified by the appellate clerk regarding

scheduling.

DATED: Honolulu, Hawaiʻi, September 23, 2015.

| | |
|---|---|
| Michael P. Healy and Charles H. Brower for petitioner | /s/ Mark E. Recktenwald |
| | /s/ Paula A. Nakayama |
| Thomas E. Cook and Edquon Lee for respondent | /s/ Sabrina S. McKenna |
| | /s/ Richard W. Pollack |
| | /s/ Michael D. Wilson |

